## ATTACHMENT A
## STATEMENT OF FACTS

*The United States and the Defendant, **AARON WESLEY SEMANS**, stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

At all times relevant to this case, the Defendant, **AARON WESLEY SEMANS** ("**SEMANS**"), was a resident of St. Mary's County, Maryland.

In July 2015, a Special Agent with Homeland Security Investigations used an undercover KIK user account to conduct child exploitation investigations. In a public forum, the agent observed KIK account "A Johnson" with display name "xtremtabo" had posted a Dropbox Uniform Resource Locater ("URL") link into the KIK messenger chat group entitled "0 to 5 (post 2 vids on entry) (#TightTinyPussy)" on or about July 23, 2015. Dropbox is an internet-based file storage service. KIK is an Internet chat application that allows for the exchange of URLs, digital files (including images), and text chats, among other capabilities. The "A Johnson" account and "xtremtabo" display name were assigned to **SEMANS**. The URL link posted in KIK led to a Dropbox folder entitled "Sammy." The special agent confirmed that the folder contained 49 images, 39 of which were images of children engaged in sexually explicit conduct including with adults or posing suggestively. For example, one image depicted a prepubescent female performing oral sex on an erect adult male penis. Another image depicted a naked prepubescent female having her vagina digitally penetrated by an adult male.

The Special Agent observed that two additional Dropbox URL links had been posted by KIK account "A Johnson" with display name "xtremtabo" on or about July 23, 2015. One of the Dropbox URLs was found to contain one image depicting a suspected prepubescent female lying face down being vaginally penetrated by an erect male penis. The second Dropbox URL was found to contain one video depicting an erect adult male penis inserted in the mouth of a crying infant.

A review of chats sent under KIK account "A Johnson" with display name "xtremtabo" revealed that **SEMANS** exchanged child pornography with at least one person in the chat group described above. Another chat group member asked **SEMANS** if he was a cop, and, in response, **SEMANS** posted two pictures depicting child pornography, both depicting prepubescent girls engaged in sex acts.

On May 26, 2016, a search warrant was executed on **SEMANS'** Dropbox account that had previously been used to host the "Sammy" folder accessible through a URL posted on KIK. When the search warrant was executed, the forty-nine images that had been the object of the URL posted on KIK had been removed. However, numerous other files containing child pornography, including videos depicting prepubescent minors who had not attained 12 years of age, were in his Dropbox account. The equivalent of more than 600 images of child pornography were found in the Dropbox account. A log provided by Dropbox showing files added or deleted from the account contains numerous filenames that refer to known child pornography series.

SEMANS knew that the files in his Dropbox account contained child pornography. SEMANS knowingly advertised and distributed child pornography when he posted in a KIK chat group URL links to child pornography in his Dropbox account, and when he posted child pornography images and videos to a KIK chat group using his KIK account.

Prior to July 23, 2015, SEMANS had previously been convicted of the possession of child pornography in the Circuit Court for St. Mary's County, Maryland.

\* \* \*

I have read this Statement of Facts, and have carefully reviewed it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it. I acknowledge that it is true and correct.

Aug 17 '17
Date

Aaron Wesley Semans

I am Aaron Wesley Semans' attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

8/17/17
Date

Julie Stelzig, Esq.